884 A.2d 1258

IN THE MATTER OF STEPHEN W. THOMPSON, AN ATTORNEY AT LAW (ATTORNEY NO. 012251975).

November 9, 2005.

### O R D E R

**STEPHEN W. THOMPSON** of **AVALON**, who was admitted to the bar of this State in 1975, having been found guilty after a jury trial in the United States District Court for the District of New Jersey of the violation of § 18 *U.S.C.A.* § 2251(a) and 2 (sexual exploitation of children), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STEPHEN W. THOMPSON** is temporarily suspended from the prac-

tice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STEPHEN W. THOMPSON** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **STEPHEN W. THOMPSON** comply with *Rule* 1:20–20 dealing with suspended attorneys.